AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:22-mj-00059 |
| MELANIE M. ARCHER, (DOB: XXXXXXXXX) | ) | Assigned To: Meriweather, Robin M. |
| JORDAN BONENBERGER, (DOB: XXXXXXXX) | ) | Assign. Date: 3/11/2022 |
| | ) | Description: Complaint with Arrest Warrants |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the
_____ in the District of __Columbia__ , the defendant(s) violated:

Code Section                                                  Offense Description

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
Complainant's signature

Matthew L. Dunleavy, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: __03/14/2022__

_____
Judge's signature

City and state: __Washington, D.C.__   Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*