AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | Case: 1:22-mj-00059 |
| v. | ) | Assigned To: Meriweather, Robin M. |
| MELANIE M. ARCHER | ) | Assign. Date: 3/11/2022 |
| | ) | Description: Complaint with Arrest Warrants |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   MELANIE M. ARCHER                                                    ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☒ Complaint

❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

2022.03.14
14:28:32 -04'00'

Date:        03/14/2022

*Issuing officer's signature*

City and state:            Washington, D.C.            Robin M. Meriweather, U.S. Magistrate Judge

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 3/14/2022 , and the person was arrested on *(date)* 3/21/2022 |
| at *(city and state)* Pittsburgh, PA. |

Date: 3/21/2022

*Arresting officer's signature*

Matthew L. Dunleavy, Special Agent, FBI
*Printed name and title*