# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

      **v.**                                 **Case No: 1:22-mj-00059 (RMM)**

**JORDAN BONENBERGER**

      **Defendant.**

## NOTICE OF APPEARANCE

    The Clerk is hereby notified that the undersigned, J. Daniel Hull, appears on behalf of defendant Jordan Bonenberger in this action. He appears as retained.

                            Respectfully submitted,


                          COUNSEL FOR DEFENDANT
                          JORDAN BONENBERGER


Dated: March 22, 2022           By: /s/ John Daniel Hull
                       J. DANIEL HULL
                       DC Bar No. 323006
                       California Bar No. 222862
                       Pennsylvania Bar No. 55576
                       HULL MCGUIRE PC
                       1420 N Street, N.W.
                       Washington, D.C.  20005
                       619-895-8336 cell
                       202-429-6520 office
                       jdhull@hullmcguire.com