UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No.: 22-CR-102 |
| MELANIE M. ARCHER and : | |
| JORDAN BONENBERGER, : | |
| Defendants. | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Trial Attorney Sarah Rocha hereby enters her appearance in the above referenced matter.

Respectfully submitted,

MATTHEW GRAVES
United States Attorney
DC Bar No. 481052

By:  */s/ Sarah Rocha*
Sarah Rocha
Trial Attorney
Texas Bar No. 24060845
219 South Dearborn Street, Fifth Floor
Chicago, Illinois 60604
202-330-1735
*sarah.wilsonrocha@usdoj.gov*

## CERTIFICATE OF SERVICE

On this 22nd day of April 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

>*/s/ Sarah Rocha*
>SARAH ROCHA
>Trial Attorney