UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 1:22-cr-00102-JDB |
| v. | : | |
| | : | |
| MELANIE ARCHER | : | |
| And JORDAN BONENBERGER | : | |

**DEFENDANT'S MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY JOSEPH PATRICK MURPHY**

Now comes Defendant Melanie Archer, pursuant to Local Rule 83.2(d) of the United States District Court for the District of Columbia, hereby moving for the admission *Pro Hac Vice* of Joseph Patrick Murphy to represent her and to appear and participate in proceedings in this Court in the above-captioned matter.

Attorney Murphy has filed a declaration attached hereto. Attorney Murphy is a member in good standing of the Bar of the Commonwealth of Pennsylvania (Admitted 1999) and the Bar of the State of New Jersey (Admitted 2001). Attorney Murphy is also admitted to appear before, and is in good standing with, the United States District Court for the Western District of Pennsylvania.

Attorney Murphy has never been suspended from the practice of law in any jurisdiction and there are no known disciplinary complaints pending against him.

Attorney Murphy has not been previously admitted *Pro Hac Vice* in the United States District Court for the District of Columbia.

For the foregoing reasons, Defendant Melanie Archer respectfully requests the admission, *Pro Hac Vice*, of Attorney Joseph Patrick Murphy.

Dated:  April 26, 2022

        Respectfully Submitted:


       _____/s/_____
       Russell A. Bikoff
       District of Columbia Bar ID 407397
       Russell A. Bikoff, Attorney and Counselor at Law
       1620 L St. NW  Ste. 610
       Washington, DC 20036
       (202) 466-8270
       rab@bikofflaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:22-cr-00102-JDB |
| v. : | |
| : | |
| MELANIE ARCHER : | |
| And JORDAN BONENBERGER : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of April, 2022, I electronically filed the foregoing Motion to Admit *Pro Hac Vice* with the Clerk of Court using the CM/ECF System, which will then send a notification of electronic filing to the following:

Sarah Wilson Rocha
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
Cell:      (202) 330-1735
sarah.wilsonrocha@usdoj.gov

J. Daniel Hull
Hull McGuire PC
Washington Square
1050 Connecticut Avenue, NW
Washington, D.C.  20036
202.429.6520  direct
619.895.8336  cell
jdhull@hullmcguire.com
*Attorney for Defendant Jordan Bonenberger*

Dated:  April 26, 2022

                    ___/s/_____
                    Russell A. Bikoff
                    District of Columbia Bar ID 407397
                    Russell A. Bikoff, Attorney and Counselor at Law
                    1620 L St. NW  Ste. 610
                    Washington, DC 20036
                    (202) 466-8270
                    rab@bikofflaw.com