UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:22-cr-00102-JDB |
| v. : | |
| : | |
| MELANIE ARCHER : | |
| And JORDAN BONENBERGER : | |

**DECLARATION OF JOSEPH PATRICK MURPHY
IN SUPPORT OF MOTION TO ADMIT *PRO HAC VICE***

1. My full name is JOSEPH PATRICK MURPHY.

2. My office address and telephone number is as follows: J. Murphy Firm, 310 Grant Street, 33rd Floor, Pittsburgh, Pa. 15219, tel. # (412)521-2000.

3. I am a member in good standing of the Bar of the Commonwealth of Pennsylvania (I.D. #83120) and the Bar of the State of New Jersey (I.D. #00985-2000). I am also admitted to practice in the United States District Court for the Western District of Pennsylvania.

4. I have never been disciplined by any bar and I know of no disciplinary actions pending against me.

5. I have not been admitted *Pro Hac Vice* to practice in this court within the last two years.

6. I am not a resident of the District of Columbia, nor do I practice Law from an office located in the District of Columbia.

7. I will, if admitted for the purpose of this litigation, conduct myself in accordance with all applicable rules of professional conduct and the rules of this Court.

8. I certify that I am generally familiar with the Court's Local Rules.

I declare under penalty of perjury under the Laws of the United States that the foregoing is true and correct.

Dated: April 26, 2022

/s/
_____
Joseph Patrick Murphy