UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:22-cr-00102-JDB |
| v.   : | |
| : | |
| MELANIE ARCHER   : | |
| And JORDAN BONENBERGER  : | |

Proposed Order

Upon consideration of Defendant Melanie Archer's Motion, signed by Russell A. Bikoff, an active member of the Bar of this Court, for admission *Pro Hac Vice* of Joseph Patrick Murphy, and the declaration of Joseph Patrick Murphy in support thereof, it is hereby ORDERED this _____day of _____, 2022 that:

1. The Motion for Admission, *Pro Hac Vice*, of Joseph Patrick Murphy is GRANTED, and
2. Joseph Patrick Murphy is hereby admitted to this court, *Pro Hac Vice*, to represent Defendant Melanie Archer and to appear in proceedings in this Court in the above-captioned matter under Local Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia.

_____
United States District Judge