UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

    v.

**MELANIE ARCHER,**

    **Defendant.**

Case No.:1:22-cr-00102-JDB

## NOTICE OF APPEARANCE

The Clerk is hereby notified that, pursuant to the Order of Court dated 4/26/22, the undersigned, Joseph Patrick Murphy, appears on behalf of Defendant Melanie Archer in this action. Attorney Murphy appears as retained.

Respectfully Submitted,

COUNSEL FOR DEFENDANT
MELANIE ARCHER

Date: April 27, 2022    By:    /s/ Joseph Patrick Murphy
Joseph Patrick Murphy
Admitted *Pro Hac Vice*
Pennsylvania Attorney I.D. #83120
New Jersey Attorney I.D. #00985-2000

J. Murphy Firm
310 Grant Street, Suite 3309
Pittsburgh, Pa. 15219
(412)521-2000 (voice)
(412)281-7894 (fax)
(412)973-3442 (cellular)
jmurphy@jmurphyfirm.com