Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. )          Criminal Case No.: 22-102-1 (JDB)
)
MELANIE M. ARCHER )
)
)

### WAIVER OF INDICTMENT

I, _____ MELANIE M. ARCHER _____, the above-named defendant, who is accused of

Parading, Demonstrating, or Picketing in a Capitol Building;
40:5104(e)(2)(G).

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on _____ 10/24/2022 _____ prosecution by indictment and consent that

the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____          Date: _____ 10/24/2022 _____

John D. Bates

United States District Judge