UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

      v.                                          Case No: 1:22-cr-00102-JDB-2

**JORDAN BONENBERGER,**

      **Defendant.**

**MOTION TO CONVERT 2/3/2023 PLEA HEARING TO A STATUS CONFERENCE**

      Defendant Jordan Bonenberger respectfully moves the Court to convert the scheduled plea agreement hearing set for February 3, 2023, to a status conference. Granting the motion in effect would extend the deadline for the written status report due today and replace it with the February 3 conference. Counsel for the Government consents to this motion. The delay is not due to Mr. Bonenberger. The reason for the motion is the undersigned's participation in a lengthy trial before Judge Timothy Kelly (21-cr-175) and the fact that the parties still need to agree on parameters for the FBI interview required by the proposed plea agreement. The parties continue to discuss a non-trial resolution of this case. Therefore, for good cause shown, defendant asks that this consented-to motion be granted.

                                          Respectfully submitted,

                                          COUNSEL FOR DEFENDANT BONENBERGER

Dated: January 13, 2023            By: /s/ John Daniel Hull
                                            DC Bar No. 323006
                                            HULL MCGUIRE PC
                                            1420 N Street, N.W.
                                            Washington, D.C.  20005
                                            619-895-8336 cell
                                            jdhull@hullmcguire.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 13, 2023 a true and correct copy of the foregoing Motion to Convert Plea Hearing to a Status Conference was served upon counsel for the Government via the ECF system.

By: /s/ John Daniel Hull
DC Bar No. 323006
HULL MCGUIRE PC
1420 N Street, N.W.
Washington, D.C. 20005
619-895-8336 cell
jdhull@hullmcguire.com