UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.: 22-DR-102 (JDB) |
| Plaintiff ) | District Judge John D. Bates |
| ) | |
| v. ) | 40 U.S.C. §5104(e)(2)(G) |
| ) | |
| MELANIE LANHAM, ) | |
| AKA MELANIE ARCHER ) | |
| ) | |
| Defendant ) | |

**AUTHORIZATION AND CONSENT PURSUANT TO FED. R. CRIM. P. 43(B)(2)**

Defendant MELANIE LANHAM A/K/A MELANIE ARCHER, by and through the undersigned counsel, Joseph Patrick Murphy, does hereby authorize and consent to the conduct of her sentencing hearing over Zoom and without her physical presence in the Courtroom where said sentencing hearing will be conducted.

Respectfully Submitted,

_____        2/8/23
Joseph Patrick Murphy            Date
Counsel for Melanie Lanham
a/k/a Melanie Archer