UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 22-cr-102 (JDB) |
| | : | |
| MELANIE LANHAM | : | |
|     also known as | : | |
| MELANIE M. ARCHER, | : | |
| | : | |
|     Defendant. | : | |

**CONSENT TO PROCEED BY VIDEO CONFERENCE FOR SENTENCING**

Based on the February 8, 2023 authorization and consent filed by defense counsel (ECF No.43) and the agreement to proceed by video or teleconference in the plea agreement (ECF No. 33 ¶ 9(f)), the government consents to the request to proceed by video conference for sentencing, scheduled for February 9.

                                                  MATTHEW M. GRAVES
                                                  UNITED STATES ATTORNEY
                                                  D.C. Bar No. 481 052

By:    s/ *Sarah W. Rocha*
            SARAH W. ROCHA
            Trial Attorney
            D.C. Bar No. 977497
            219 S. Dearborn Street, Fifth Floor
            Chicago, Illinois 60604
            Telephone:  202-330-1735
            sarah.wilsonrocha@usdoj.gov