UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

      v.                            Case No: 1:22-cr-00102-JDB-2

**JORDAN BONENBERGER,**
    **Defendant.**

### MOTION TO CONVERT 4/28/2023 PLEA AGREEMENT HEARING FROM IN-PERSON TO VIDEO/REMOTE

Pursuant to Rule 43, Fed R. Crim. P., and recent written advice from chambers, defendant Jordan R. Bonenberger respectfully moves the Court to convert the scheduled plea agreement hearing set for 4:00 PM on April 28, 2023 in this matter from an in-person status to a video/remote status. Attached as an exhibit to this Motion is Mr. Bonenberger's consent to this proposed change. Counsel for the Government has agreed to and consented to this motion to convert. Therefore, for good cause shown, defendant asks that this Motion be granted.

                                            Respectfully submitted,

                                            COUNSEL FOR DEFENDANT BONENBERGER

Dated: April 25, 2023                By: /s/ John Daniel Hull
                                            DC Bar No. 323006
                                            HULL MCGUIRE PC
                                            1420 N Street, N.W.
                                            Washington, D.C. 20005
                                            619-895-8336 cell
                                            jdhull@hullmcguire.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 26, 2023, a true and correct copy of the foregoing Motion to Convert was served upon counsel for the Government via the ECF system.

By: /s/ John Daniel Hull
DC Bar No. 323006
HULL MCGUIRE PC
1420 N Street, N.W.
Washington, D.C.  20005
619-895-8336 cell
jdhull@hullmcguire.com