## FRCP 43(b)(2) CONSENT

I hereby waive my right to be physically present in Court at my plea agreement hearing on April 28, 2023, in 22-CR-102-2 (JDB). I ask instead, and give my consent, to appear virtually by video as I have in all hearings in this matter to date.

Jordan R. Bonenberger, Defendant

*[signature]*

Pittsburgh, Pennsylvania

Dated: 4/24/2023


J. Daniel Hull, Counsel

*[signature]*

Washington, D.C.
DC Bar No. 323006

Dated: 4/24/2023