CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | Criminal Case No.: 22-102-2 (JDB) |
| JORDAN BONENBERGER ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_Sarah W. Rocha_

Assistant United States attorney

Approved:

_____

John D. Bates

United States District Judge

Date: 04/28/2023